UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KURT GERLACH., | Case No. 2:26-cv-03320-FLA (KSx) |
| Plaintiff, | |
| v. | **ORDER APPROVING STIPULATION TO REMAND CASE TO STATE COURT FOR SETTLEMENT PURPOSES ONLY [DKT. 17]** |
| CALIFORNIA AMFORGE CORPORATION, *et al.*, | |
| Defendants. | |

1

On July 8, 2026, the parties filed a Stipulation to Remand Action to State Court for Settlement Purposes Only ("Stipulation"), requesting the court remand the action to the Los Angeles County Superior Court for the sole purpose of the approval of the parties' settlement.  Dkt. 17 at 1–2.

Having reviewed and considered the Stipulation and finding good cause therefor, the court APPROVES the Stipulation and REMANDS the action to Los Angeles County Superior Court, case no. 25STCV38143.[1]  The action is reopened solely for the limited purpose of effectuating this remand.

IT IS SO ORDERED.

Dated: July 10, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge

---

[1] The parties state that "[s]hould the Los Angeles Superior Court not grant final approval of the [p]arties' proposed Settlement, this matter will return to the status quo as existed prior to the date of the filing of this Stipulation and return to this [c]ourt's docket upon a Motion to Reopen the Action and/or a renewed Notice of Removal." Dkt. 17 at 2.  The court declines to consider or address what actions the parties may take should the Los Angeles Superior Court not grant final approval of the proposed settlement.